## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1 | : : : : : | No. 209 MAL 2020 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : | |
| JAMES A. HINCHLIFFE AND YONG SUN YI HINCHLIFFE | : : : : | |
| PETITION OF: JAMES A. HINCHLIFFE | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.